**David S. Aman,** OSB # 96210
Direct Dial:   503.802.2053
Direct Fax:   503.972.3753
E-Mail:        davida@tonkon.com
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

Attorneys for Plaintiff PGI, Inc., fka Phoenix Gold International, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **PGI, INC., fka PHOENIX GOLD INTERNATIONAL, INC.,**<br><br>                Petitioner,<br><br>   v.<br><br>**WYNNEFIELD PARTNERS SMALL CAP VALUE, LP, WYNNEFIELD PARTNERS SMALL CAP VALUE, LP I, WYNNEFIELD SMALL CAP VALUE OFFSHORE FUND, LTD., WYNNEFIELD CAPITAL MANAGEMENT, LLC, and SAMUEL REBOTSKY,**<br><br>                Respondents. | Civil No. CV 06-1874-AA<br><br>**STIPULATED JUDGMENT** |

Based upon the stipulation of the parties, and the Court being duly advised,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of the following Respondents and against Petitioner PGI, Inc. as follows:

1)  Respondent Wynnefield Partners Small Cap Value, LP, in the amount of $23,605.60;

2)  Respondent Wynnefield Partners Small Cap Value, LP I, in the amount of $32,729.40;

Page 1 -   STIPULATED JUDGMENT

  3)  Respondent Wynnefield Small Cap Value Offshore Fund, Ltd., in the amount of $16,254.50;

  4)  Respondent Wynnefield Capital Management, LLC, in the amount of $19.00; and,

  5)  Respondent Samuel Rebotsky, in the amount of $5,362.56.

This stipulated judgment fully disposes of any and all claims and counterclaims pending in this action, including any claims or counterclaims for attorney fees, costs or expenses.

  IT IS SO ORDERED.

  DATED this 17 day of October, 2007

_____
Ann Aiken
United States District Court Judge

IT IS SO STIPULATED:

TONKON TORP LLP

By _____
David S. Aman, OSB No. 96210
Attorneys for Petitioner PGI, Inc.

MILLER NASH LLP

By: _____
Bruce A. Rubin, OSB No. 763185
Attorneys for Respondents Wynnefield Partners
Small Cap Value, LP,
Wynnefield Partners Small Cap Value, LP I,
Wynnefield Small Cap Value OffShore Fund, Ltd., and
Wynnefield Capital Management, LLC

_____
Samuel Rebotsky

Page 2 - STIPULATED JUDGMENT