**Bruce A. Rubin, P.C.**, OSB No. 76318
E-mail:  bruce.rubin@millernash.com
**Heather K. Cavanaugh**, OSB No. 031641
E-mail:  heather.cavanaugh@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
Attorneys for Respondents Wynnefield Partners
Small Cap Value, LP, Wynnefield Partners Small Cap
Value, LP I, Wynnefield Small Cap Value Offshore
Fund, Ltd., Wynnefield Capital Management, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PGI, INC., fka PHOENIX GOLD INTERNATIONAL, INC.,<br><br>                  Petitioner,<br><br>        v.<br><br>WYNNEFIELD PARTNERS SMALL CAP VALUE, LP, WYNNEFIELD PARTNERS SMALL CAP VALUE, LP I, WYNNEFIELD SMALL CAP VALUE OFFSHORE FUND, LTD., WYNNEFIELD CAPITAL MANAGEMENT, LLC, and SAMUEL REBOTSKY,<br><br>                  Respondents. | Civil No. CV 06-1874-AA<br><br>SATISFACTION OF JUDGMENT AGAINST PETITIONER PGI, INC., FKA PHOENIX GOLD INTERNATIONAL, INC. (AS TO THE WYNNEFIELD ENTITIES ONLY) |

    Respondents, Wynnefield Partners Small Cap Value, LP, Wynnefield Partners Small Cap Value, LP I, Wynnefield Small Cap Value Offshore Fund, Ltd., Wynnefield Capital Management, LLC (collectively, the "Wynnefield Entities"), declare that the judgment entered October 17, 2007, in favor of the Wynnefield Entities and against petitioner PGI, Inc., fka Phoenix Gold International Inc. ("PGI"), in the principal amount of $72,608.50, plus post-

Page 1 -    Satisfaction of Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

PDXDOCS:1809469.1

judgment interest and costs, has now been fully satisfied in full in exchange for an agreed settlement.

This satisfaction of judgment does not release or satisfy any judgment that has been entered on behalf of Samuel Rebotsky against PGI, nor does it release or waive any of the Wynnefield Entities' or PGI, Inc.'s rights under the settlement agreement.

DATED this 16th day of January, 2009.

                MILLER NASH LLP

*/s/ Heather K. Cavanaugh*
Bruce A. Rubin, P.C., OSB No. 76318
bruce.rubin@millernash.com
Heather K. Cavanaugh, OSB No. 031641
heather.cavanaugh@millernash.com
Telephone: (503) 224-5858
Attorneys for Respondents Wynnefield Partners Small Cap Value, LP, Wynnefield Partners Small Cap Value, LP I, Wynnefield Small Cap Value Offshore Fund, Ltd., Wynnefield Capital Management, LLC

Page 2 -    Satisfaction of Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

PDXDOCS:1809469.1

I hereby certify that I served the foregoing Satisfaction of Judgment Against Petitioner PGI, Inc., fka Phoenix Gold International, Inc., on:

| | |
|---|---|
| Mr. David S. Aman<br>Tonkon Torp LLP<br>1600 Pioneer Tower<br>888 S.W. Fifth Avenue<br>Portland, Oregon   97204-2099<br>Fax:  (503) 972-3753<br>E-mail:  davida@tonkon.com | Mr. Samuel Rebotsky<br>10 Holder Place, Apt. 3-B<br>Forest Hills, New York  11375 |

   Attorney for Petitioner

by the following indicated method or methods:

☐ by **faxing** full, true, and correct copies thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

☒ by **mailing** full, true, and correct copies thereof in a sealed, first-class postage-prepaid envelope, addressed to Mr. Rebotsky as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☒ by transmitting full, true, and correct copies thereof to the Mr. Aman through the court's **Cm/ECF system** on the date set forth below.

☐ by transmitting full, true, and correct copies thereof by **electronic means** to the attorney at the attorney's last-known e-mail address listed above on the date set forth below.  If required by local rules, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF format, unless otherwise agreed to by the parties.

DATED this 16th day of January, 2009.

               */s/  Heather K. Cavanaugh*
               Heather K. Cavanaugh

               Of Attorneys for Respondents Wynnefield Partners Small Cap Value, LP, Wynnefield Partners Small Cap Value, LP I, Wynnefield Small Cap Value Offshore Fund, Ltd., Wynnefield Capital Management, LLC

Page 1 -   Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

PDXDOCS:1809469.1